**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**Civil Action No. 1:25-cv-12262-JEK**

SAYO "VICTORIA" OSINUBI,

Plaintiff,

v.

SANOFI PASTEUR, INC.,
SANOFI-AVENTIS U.S. LLC,
BIOVERATIV U.S. LLC,

Defendants.

PLAINTIFF'S ASSENTED-TO MOTION TO RESCHEDULE
RULE 16.1 SCHEDULING CONFERENCE

Now comes the Plaintiff, Sayo "Victoria" Osinubi, by and through her undersigned counsel, and respectfully moves this Honorable Court to reschedule the Rule 16.1 Scheduling Conference currently set for June 10, 2026. In support thereof, Plaintiff states as follows:

1. Lead counsel for the Plaintiff, Attorney Michael Talty, has a prior, conflicting trial commitment scheduled to proceed in another court on June 10, 2026.

2. Undersigned counsel, Attorney Thomas Flynn, has conferred with lead counsel for the Defendants, Attorney Christopher Kelleher, regarding this calendar conflict.

3. Attorney Kelleher has indicated that the Defendants assent to this request to reschedule the Scheduling Conference.

4. Attorney Kelleher has further informed Plaintiff's counsel that he will be traveling out of the country and unavailable from June 22, 2026, through July 5, 2026.

5. To accommodate the schedules of all parties and counsel, and to ensure lead counsel for both sides are present, the parties have reviewed their respective calendars and are mutually available on the following dates after July 5, 2026:

   a. Wednesday, July 8, 2026

   b. Thursday, July 9, 2026

   c. Tuesday, July 14, 2026

1

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant this motion and reschedule the Rule 16.1 Scheduling Conference to one of the mutually available dates listed above, or to another date after July 5, 2026, that is convenient for the Court.

LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for the Plaintiff has conferred in good faith with counsel for the Defendants, Christopher Kelleher, who has authorized me to state that the Defendants assent to the relief requested in this motion and to the proposed dates set forth herein.

Dated: June 3, 2026.

Respectfully submitted,
SAYO "VICTORIA" OSINUBI,

By her attorneys,

/s/ Michael Talty
Michael Talty (MA BBO 642500
100 State Street, 9th Floor
Boston, MA 02109
mike@taltylaw.com
(978) 937-3320 tel

/s/ Thomas Flynn
Thomas Flynn (MA BBO 633100)
320 Washington Street
Easton, MA 02357
thomas.v.flynn@gmail.com
(508) 565-1413 tel
(508) 355-0529 fax

2